# UNITED STATES DISTRICT COURT
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BROADCAST MUSIC, INC.;  )<br>SONY/ATV SONGS LLC d/b/a  )<br>SONY/ATV TREE PUBLISHING;  )<br>3RING CIRCUS MUSIC, LLC d/b/a  )<br>SOULRIDE MUSIC; ROUND HILL  )<br>MUSIC LP d/b/a ROUND HILL WORKS;  )<br>CACKALACKI TWANG; FUTURE  )<br>STARS PUBLISHING CO.; BIG SPACES  )<br>MUSIC, A DIVISION OF WIDE OPEN  )<br>MUSIC GROUP LLC; CODE SIX  )<br>CHARLES MUSIC; BOOTHEEL MUSIC  )<br>PUBLISHING LLC d/b/a BIG MOSQUITO  )<br>MUSIC; WARNER-TAMERLANE  )<br>PUBLISHING CORP.; ELEKSYLUM  )<br>MUSIC, INC.; NO SURRENDER MUSIC,  )<br>A DIVISION OF PRAXIS  )<br>INTERNATIONAL COMMUNICATIONS,  )<br>INC.,  )<br>  )<br>           Plaintiffs,  )<br>  )<br>       v.  )<br>  )<br>LACY'S CUE, LLC d/b/a LACY'S CUE;  )<br>and FRANK HAINES, individually,  )<br>  )<br>           Defendants.  )  | CIVIL ACTION NO.: 17-cv-7583 |

## COMPLAINT

Plaintiffs, through undersigned counsel, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 12 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Tree Publishing. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff 3Ring Circus Music, LLC is a limited liability company doing business as Soulride Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Round Hill Music LP is a limited partnership doing business as Round Hill Works. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Cackalacki Twang is a sole proprietorship owned by Bridgette Tatum Tweed. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Future Stars Publishing Co. is a sole proprietorship owned by Clarence Carter. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Big Spaces Music is a division of Wide Open Music Group LLC, a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Code Six Charles Music is a sole proprietorship owned by Shane Allen Minor. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Bootheel Music Publishing LLC is a limited liability company doing business as Big Mosquito Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Plaintiff Eleksylum Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15. Plaintiff No Surrender Music is a division of Praxis International Communications, Inc. This Plaintiff is a copyright owner of at least one of the songs in this matter.

16. Defendant Lacy's Cue, LLC is a limited liability company organized and existing under the laws of the state of Louisiana, which operates, maintains and controls an establishment known as Lacy's Cue, located at 701 West Judge Perz Dr., Chalmette, LA 70043, in this district (the "Establishment").

17. In connection with the operation of the Establishment, Defendant Lacy's Cue, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

18. Defendant Lacy's Cue, LLC has a direct financial interest in the Establishment.

19. Defendant Frank Haines is a managing member of Defendant Lacy Cue's, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

20. Defendant Frank Haines has the right and ability to supervise the activities of Defendant Lacy Cue's, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

21. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 20.

22. Since June 2015, BMI has reached out to Defendants over thirty (30) times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

23. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

24. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by

4

Defendants.  The Schedule contains information on the five (5) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

25. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

26. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

27. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

28. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the

musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

29. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: August 7, 2017August 7, 2017

                                            Respectfully submitted:

By:    */s/ Mark A. Balkin*
        Mark A. Balkin, TA (LA Bar # 24952)
        Joseph C. Chautin, III (LA Bar # 24995)
        Hardy, Carey, Chautin & Balkin, LLP
        1080 West Causeway Approach
        Mandeville, Louisiana 70471
        (985) 629-0777
        mbalkin@hardycarey.com

        ***Attorneys for Plaintiffs***

4846-0528-6476, v. 1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Fireman a/k/a The Fireman |
| Line 3 | Writer(s) | Willard Mack Vickery a/k/a Mack Vickery; Clarence Wayne Kemp a/k/a Wayne Kemp |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 2/6/84 |
| Line 6 | Registration No(s). | PA 205-253 |
| Line 7 | Date(s) of Infringement | 2/4/17 |
| Line 8 | Place of Infringement | Lacy's Cue |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | She's Country |
| Line 3 | Writer(s) | Bridgette Tatum; Danny Myrick |
| Line 4 | Publisher Plaintiff(s) | 3Ring Circus Music, LLC d/b/a Soulride Music; Round Hill Music LP d/b/a Round Hill Works; Bridgette Tatum Tweed d/b/a Cackalacki Twang |
| Line 5 | Date(s) of Registration | 12/7/09 |
| Line 6 | Registration No(s). | PA 1-670-811 |
| Line 7 | Date(s) of Infringement | 2/5/17 |
| Line 8 | Place of Infringement | Lacy's Cue |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Strokin' |
| Line 3 | Writer(s) | Clarence Carter |
| Line 4 | Publisher Plaintiff(s) | Clarence Carter, an individual d/b/a Future Stars Publishing Co. |
| Line 5 | Date(s) of Registration | 9/7/89 |
| Line 6 | Registration No(s). | PA 445-665 |
| Line 7 | Date(s) of Infringement | 2/4/17 |
| Line 8 | Place of Infringement | Lacy's Cue |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Close Your Eyes a/k/a Close Your Eyes For This |
| Line 3 | Writer(s) | Trenton Tomlinson a/k/a Trent Tomlinson; Shane Minor a/k/a Shane Allen Minor; Adam Craig |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Spaces Music, a division of Wide Open Music Group LLC; Shane Allen Minor, an individual d/b/a Code Six Charles Music; Bootheel Music Publishing LLC d/b/a Big Mosquito Music |
| Line 5 | Date(s) of Registration | 5/5/14 |
| Line 6 | Registration No(s). | PA 1-916-112 |
| Line 7 | Date(s) of Infringement | 2/4/17 |
| Line 8 | Place of Infringement | Lacy's Cue |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 2/4/17 |
| Line 8 | Place of Infringement | Lacy's Cue |